1  MARK W. HOSTETTER (CA Bar No. 223264)
   181 Devine Street
2  San Jose, CA 95110
   Telephone: (408) 287-9900
3  Facsimile:  (408) 287-9901
   mwhlegal@gmail.com
4
   Attorney for Plaintiff
5  LUAN LAPOINTE

6  GAIL C. TRABISH, ESQ. (103482)
   BOORNAZIAN, JENSEN & GARTHE
7  A Professional Corporation
   555 12th Street, Suite 1800
8  Oakland, CA  94607
   Telephone: (510) 834-4350
9  Facsimile: (510) 839-1897
   gtrabish@bjg.com
10
   Attorneys for Defendant
11 TARGET CORPORATION

12
13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15

16 LUAN LAPOINTE,                          Case No. C15-cv-05501-EMC

17            Plaintiff,                   **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41; AND ORDER**

18 vs.

19 TARGET CORPORATION and DOES 1 TO 5

20            Defendants.

21

22      **IT IS HEREBY STIPULATED** by and between the parties to this action, through their

23 designated counsel, that the above-captioned action be and hereby is dismissed with prejudice

24 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The parties agree to a mutual

25 release of all claims.  Each party shall bear its own attorney fees and costs.

26      Dated: March 23, 2016              _____/s/  Mark W. Hostetter_____
27                                          Mark W. Hostetter
                                            Attorney for Plaintiff Luan Lapointe
28

                                            1

STIPULATION OF DISMISSAL PURSUANT TO FRCP, RULE 41; AND ORDER (C15-cv-05501-EMC)

Dated: March 23, 2016        /s/ Gail C. Trabish
Gail C. Trabish
Attorney for Defendant Target Corporation

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that the action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: 3/24/16

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA